Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−16949−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Erik B. Allen
   212 E. Washington Avenue
   Magnolia, NJ 08049

Social Security No.:
   xxx−xx−9005

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 21, 2022.

Dated: April 21, 2022
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Erik B. Allen  
    Debtor

Case No. 21-16949-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Apr 21, 2022      Form ID: plncf13      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erik B. Allen, 212 E. Washington Avenue, Magnolia, NJ 08049-1051 |
| 519298321 | + | American Coradius, 2420 Sweet Home Road Suite 150, Buffalo, NY 14228-2244 |
| 519298324 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519305476 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519298330 | | Credit Corp Solutions, Attn: Bankruptcy, 121 West S Election Rd, Draper, UT 84020 |
| 519298331 | + | Faloni Law Group, LLC, 425 Eagle Rock Ave, Ste 404, Roseland, NJ 07068-1717 |
| 519298332 | + | Leonard H. Franco, Jr., Esq., 900 US Highway 9 North, Suite 401, Woodbridge, NJ 07095-1003 |
| 519304256 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519298346 | + | Wf/Fmg, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 21 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 21 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519298322 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 21 2022 20:41:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 519299943 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 21 2022 20:41:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519298320 | + | Email/Text: bnc@alltran.com | Apr 21 2022 20:40:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 519313278 | | Email/PDF: bncnotices@becket-lee.com | Apr 21 2022 20:46:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519298323 | + | Email/PDF: bncnotices@becket-lee.com | Apr 21 2022 20:46:21 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519298326 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 21 2022 20:45:45 | Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 519309037 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 21 2022 20:46:23 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 519301351 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 21 2022 20:45:40 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519298324 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 21 2022 20:39:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519305476 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 21 2022 20:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |

Case 21-16949-JNP    Doc 22    Filed 04/23/22    Entered 04/24/22 00:14:58    Desc Imaged
                           Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: plncf13 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519298325 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 21 2022 20:46:23 | Bmw Bank Of North Amer, Attn: Bankruptcy, Po Box 3608, Dublin, OH 43016-0306 |
| 519298327 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2022 20:46:17 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 519298328 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 21 2022 20:40:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519298329 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 21 2022 20:40:00 | Comenity Capital/IDD, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519305738 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 21 2022 20:46:24 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519354309 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 21 2022 20:41:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519298333 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2022 20:46:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519326509 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 21 2022 20:46:15 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519305988 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 21 2022 20:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519298334 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 21 2022 20:40:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519298338 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 21 2022 20:46:15 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519298339 | + | Email/Text: bnc@nordstrom.com | Apr 21 2022 20:40:53 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519350668 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2022 20:46:23 | Portfolio Recovery Associates, LLC, c/o Macys, POB 41067, Norfolk VA 23541 |
| 519298341 | | Email/Text: signed.order@pfwattorneys.com | Apr 21 2022 20:40:00 | Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 519298340 | + | Email/Text: paw.fcu@verizon.net | Apr 21 2022 20:40:00 | Pa American Water FCU, 6050 Library Rd, Bethel Park, PA 15102-4026 |
| 519300509 | | Email/Text: bnc-quantum@quantum3group.com | Apr 21 2022 20:40:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519298342 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2022 20:45:42 | Syncb/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519298343 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2022 20:46:18 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519299295 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2022 20:46:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519298345 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2022 20:46:04 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519298335 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519298336 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

| | | |
|---|---|---|
| 519298337 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519298344 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Erik B. Allen ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com |

TOTAL: 6