ISABEL C. BALBOA [*ICB-99001-00*]

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
**Case Number: 21-16949 (JNP)**

Erik B. Allen
212 East Washington Avenue
Magnolia, NJ  08049

Monthly Payment: $280.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/02/2022 | $250.00 | 03/01/2022 | $250.00 | 03/28/2022 | $250.00 | 04/26/2022 | $250.00 |
| 05/24/2022 | $280.00 | 06/28/2022 | $280.00 | 07/25/2022 | $280.00 | 08/19/2022 | $280.00 |
| 09/19/2022 | $280.00 | 10/25/2022 | $280.00 | 11/21/2022 | $280.00 | 12/15/2022 | $280.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ERIK B. ALLEN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $2,300.00 | $2,300.00 | $0.00 | $0.00 |
| 1 | ALLTRAN FINANCIAL, LP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN CORADIUS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ACURA FINANCIAL SERVICES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS | 33 | $3,560.47 | $55.17 | $3,505.30 | $0.00 |
| 5 | BANK OF AMERICA, N.A. | 33 | $17,117.52 | $265.22 | $16,852.30 | $0.00 |
| 6 | BMW BANK OF NORTH AMER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | BMW FINANCIAL SERVICES NA, LLC | 33 | $17,416.02 | $269.84 | $17,146.18 | $0.00 |
| 8 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING, LLC | 33 | $4,529.53 | $70.18 | $4,459.35 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $5,827.21 | $90.28 | $5,736.93 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $906.02 | $14.04 | $891.98 | $0.00 |
| 12 | FALONI LAW GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LEONARD H. FRANCO, JR., ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MIDLAND FUNDING, LLC | 33 | $1,575.86 | $24.42 | $1,551.44 | $0.00 |
| 16 | MIDFIRST BANK | 24 | $152.49 | $152.49 | $0.00 | $0.00 |
| 17 | NORDSTROM, INC. | 33 | $3,542.00 | $54.88 | $3,487.12 | $0.00 |
| 18 | PA AMERICAN WATER FCU | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PRESSLER, FELT & WARSHAW, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | LVNV FUNDING, LLC | 33 | $1,197.15 | $18.55 | $1,178.60 | $0.00 |
| 21 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | LVNV FUNDING, LLC | 33 | $11,958.65 | $185.29 | $11,773.36 | $0.00 |
| 23 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | WELLS FARGO BANK, N.A. | 33 | $3,034.56 | $47.02 | $2,987.54 | $0.00 |
| 25 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 27 | DIRECTV, LLC | 33 | $192.31 | $2.98 | $189.33 | $0.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,898.14 | $75.88 | $4,822.26 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|-----------|-----------|---------|
| 09/01/2021 | 7.00 | $0.00 |
| 04/01/2022 | Paid to Date | $1,750.00 |
| 05/01/2022 | 52.00 | $280.00 |
| 09/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,240.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $255.93 |
| Arrearages: | ($250.00) |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |