Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-16949 (JNP)

Erik B. Allen  
212 East Washington Avenue  
Magnolia, NJ  08049

Monthly Payment: $280.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2023 | $280.00 | 02/08/2023 | $280.00 | 03/17/2023 | $280.00 | 04/18/2023 | $280.00 |
| 05/17/2023 | $280.00 | 06/20/2023 | $280.00 | 07/17/2023 | $280.00 | 08/10/2023 | $280.00 |
| 09/13/2023 | $280.00 | 10/20/2023 | $280.00 | 11/20/2023 | $280.00 | 12/18/2023 | $280.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ERIK B. ALLEN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $2,300.00 | $2,300.00 | $0.00 | $0.00 |
| 1 | ALLTRAN FINANCIAL, LP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN CORADIUS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ACURA FINANCIAL SERVICES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS | 33 | $3,560.47 | $198.06 | $3,362.41 | $142.89 |
| 5 | BANK OF AMERICA, N.A. | 33 | $17,117.52 | $952.19 | $16,165.33 | $686.97 |
| 6 | BMW BANK OF NORTH AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | BMW BANK OF NORTH AMERICA | 33 | $17,416.02 | $968.79 | $16,447.23 | $698.95 |
| 8 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING, LLC | 33 | $4,529.53 | $251.96 | $4,277.57 | $181.78 |
| 10 | LVNV FUNDING, LLC | 33 | $5,827.21 | $324.15 | $5,503.06 | $233.87 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $906.02 | $50.40 | $855.62 | $36.36 |
| 12 | FALONI LAW GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LEONARD H. FRANCO, JR., ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,575.86 | $87.66 | $1,488.20 | $63.24 |
| 16 | MIDFIRST BANK | 24 | $152.49 | $152.49 | $0.00 | $0.00 |
| 17 | NORDSTROM, INC. | 33 | $3,542.00 | $197.03 | $3,344.97 | $142.15 |
| 18 | PA AMERICAN WATER FCU | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PRESSLER, FELT & WARSHAW, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | LVNV FUNDING, LLC | 33 | $1,197.15 | $66.59 | $1,130.56 | $48.04 |
| 21 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | LVNV FUNDING, LLC | 33 | $11,958.65 | $665.23 | $11,293.42 | $479.94 |
| 23 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | WELLS FARGO BANK, N.A. | 33 | $3,034.56 | $168.79 | $2,865.77 | $121.77 |
| 25 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | DIRECTV, LLC | 33 | $192.31 | $10.69 | $181.62 | $7.71 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,898.14 | $272.46 | $4,625.68 | $196.58 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2021 | 7.00 | $0.00 |
| 04/01/2022 | Paid to Date | $1,750.00 |
| 05/01/2022 | 52.00 | $280.00 |
| 09/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,360.00 |
| Total paid to creditors this period: | $3,040.25 |
| Undistributed Funds on Hand: | $253.14 |
| Arrearages: | $30.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**