UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
    Erik Allen

Case No.:       21-16949 JNP
Chapter:        13
Hearing Date:   05/07/2024
Judge:          JNP

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. [X] Motion for Relief from the Automatic Stay filed by __Midfirst Bank__, creditor,
   A hearing has been scheduled for _____, at _____.

   [ ] Motion to Dismiss filed by the Chapter 13 Trustee.
   A hearing has been scheduled for _____, at _____.

   [ ] Certification of Default filed by _____.
   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   [ ] Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached.

   [ ] Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

   [X] Other (explain your answer):
       I made a payment on February 23, 2024 of $2,070.00 that was not accounted for. I also made a payment of $2,070.00 on April 22, 2024. Proof is attached. I will pay the remaining arrears of $997.82 within thirty days of the hearing.

3.     This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.     I certify under penalty of perjury that the above is true.


Date: 04/30/2024                                     /s/ Erik Allen
                                                                                         Debtor's Signature