4/15/24, 10:03 AM

Online Bill Pay | Activity

**Date Range**

Past 12 months        Apr 16, 2023 and future

**Filter By**

All                    ▸ Select from list

Showing Midland Mortgage payments. Clear Filter

Showing 1 - 13 of 13 payments                                                                    page 1

| Description | Category | Amount | Deliver By | Status |
|---|---|---|---|---|
| Midland Mortgage x6364 | | $2,070.00 ONE DEPOSIT CHECKING x0914 | 3-18-24 | Processed Cfm # VZDFW-HMV0T |
| Midland Mortgage x6364 | | $2,070.00 ONE DEPOSIT CHECKING x0914 | 2-23-24 | Processed Cfm # VWP33-3WX3K |
| Midland Mortgage x6364 | | $2,070.00 ONE DEPOSIT CHECKING x0914 | 1-29-24 | Processed Cfm # VT7L4-2J6VY |
| Midland Mortgage x6364 | | $200.00 ONE DEPOSIT CHECKING x0914 | 1-29-24 | Processed Cfm # VT7L5-1PT67 |
| Midland Mortgage x6364 | | $2,070.00 ONE DEPOSIT CHECKING x0914 | 12-29-23 | Processed Cfm # VPZF8-ZW862 |
| Midland Mortgage x6364 | | $2,070.00 ONE DEPOSIT CHECKING x0914 | 11-30-23 | Processed Cfm # VLZ77-RJNFP |
| Midland Mortgage x6364 | | $2,070.00 ONE DEPOSIT CHECKING x0914 | 10-27-23 | Processed Cfm # VHQMY-8271Z |
| Midland Mortgage x6364 | | $2,070.00 ONE DEPOSIT CHECKING x0914 | 9-28-23 | Processed Cfm # VDKWP-XG0ZW |
| Midland Mortgage x6364 | | $2,070.00 ONE DEPOSIT CHECKING x0914 | 8-25-23 | Processed Cfm # V93VZ-VFCKH |
| Midland Mortgage x6364 | | $2,070.00 ONE DEPOSIT CHECKING x0914 | 7-25-23 | Processed Cfm # V5ZFD-2J6NP |
| Midland Mortgage x6364 | | $2,070.00 ONE DEPOSIT CHECKING x0914 | 6-28-23 | Processed Cfm # V34SK-36WJW |
| Midland Mortgage x6364 | | $2,070.00 ONE DEPOSIT CHECKING x0914 | 6-5-23 | Processed Cfm # V0HHG-ZLR6D |
| Midland Mortgage x6364 | | $2,070.00 ONE DEPOSIT CHECKING x0914 | 5-4-23 | Processed Cfm # TXGF7-ZLJT9 |
| | Total | $25,040.00 | Pending, Processing, and Processed payments only, including any fees | |

Showing 1 - 13 of 13 payments                                                                    page 1