UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Law Offices of Lee M. Perlman
Lee M. Perlman, Esquire
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
(856) 751-4224

Order Filed on November 15, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Erik Allen

Case No.: 21-16949 JNP

Chapter: 13

Judge: Poslusny

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 15, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Lee M. Perlman, Esquire_____, the applicant, is allowed a fee of $ _____550.00_____ for services rendered and expenses in the amount of $_____2.08_____ for a total of $_____552.08_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____322.00_____ per month for _____22_____ months to allow for payment of the above fee.

*rev.8/1/15*