| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Law Offices of Lee M. Perlman<br>Lee M. Perlman, Esquire<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ 08003<br>(856) 751-4224 | Order Filed on November 15, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Erik Allen | Case No.: 21-16949 JNP<br>Chapter: 13<br>Judge: Poslusny |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13

**FEES** The relief set forth on the following page is **ORDERED**.

**DATED: November 15, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Lee M. Perlman, Esquire_____, the applicant, is allowed a fee of $ _____550.00_____ for services rendered and expenses in the amount of $_____2.08_____ for a total of $_____552.08_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_322.00\_\_\_\_ per month for \_\_\_\_22\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                            Case No. 21-16949-JNP
Erik B. Allen                                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                             User: admin                                 Page 1 of 2
Date Rcvd: Nov 15, 2024                   Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

**Recip ID           Recipient Name and Address**
db              +  Erik B. Allen, 212 E. Washington Avenue, Magnolia, NJ 08049-1051

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024                               Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2024 at the address(es) listed below:**

**Name**              **Email Address**

Andrew B Finberg
    ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Lee Martin Perlman
    on behalf of Debtor Erik B. Allen ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III
    on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Nov 15, 2024 Form ID: pdf903 Total Noticed: 1
TOTAL: 6